
RECEIVED
IN MONROE, LA
FEB 0 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| **FREDDIE C. GADDIS** | * | CIVIL ACTION NO. 05-0277 |
| **VERSUS** | * | JUDGE JAMES |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision to deny benefits is **AFFIRMED, and this matter dismissed with prejudice.**

THUS DONE AND SIGNED this 9 day of February, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION